**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7368**

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DARNELL FREEMAN,

                                        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-02-427)

Submitted: February 16, 2006        Decided: February 22, 2006

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darnell Freeman, Appellant Pro Se.  LeDora Knight, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darnell Freeman appeals the district court's order denying his motion to reinstate his appeal. We have reviewed the record and find no reversible error. Accordingly, affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Freeman</u>, No. CR-02-427 (E.D. Va. Aug. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>